# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Gerald L. Trooien,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Peter Mansour; and Barry Roitblat,<br><br>　　　　Defendant, | **LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT BARRY ROITBLAT'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS (FRCP 12 (B)(6) & 9(B))**<br><br>Case Number:  06CV3197 (JRT/FLN) |

I, Brian Melendez, certify that Defendant Barry Roitblat's Memorandum of Law in Support of Motion to Dismiss (FRCP 12(b)(6) & 9(B)) complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,027 words.


Date:  August 28, 2006.　　　　　　　FAEGRE & BENSON LLP


　　　　　　　　　　　　　　　　　　／s／ Brian Melendez
　　　　　　　　　　　　　　　　　　Brian Melendez, No. 223633
　　　　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402-3901
　　　　　　　　　　　　　　　　　　(612) 766-7000

　　　　　　　　　　　　　　　　　　ATTORNEY FOR
　　　　　　　　　　　　　　　　　　DEFENDANT BARRY ROITBLAT

M1:1351588.01