UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| GERALD L. TROOIEN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>PETER MANSOUR, an individual;<br>BARRY ROITBLAT, an individual.<br><br><br><br>Defendants. | CIVIL ACTION NO. 06CV3197 (JRT/FLN)<br><br>**CERTIFICATE OF SERVICE OF<br>PROPOSED ORDER** |

_____

I hereby certify that on January 17, 2012, I casued the following:

**Proposed Order**

to be filed with the court via e-mail to the following magistrate judge who is hearing the motion:

noel_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

- **Sonya R Braunschweig**
  sonya.braunschweig@dlapiper.com,susan.torkelson@dlapiper.com,joanne.stone@dlapiper.com
- **Brian D Buckley**
  bbuckley@fenwick.com,doconnor@fenwick.com
- **Wesley N Edmunds , Jr**
  wedmunds@gee-law.com,aharai@gee-law.com
- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com

- **Alan L Kildow**
  alan.kildow@dlapiper.com,susan.torkelson@dlapiper.com,joanne.stone@dlapiper.com, jamie.barron@dlapiper.com
- **Brian Melendez**
  brian.melendez@faegrebd.com,patricia.walton@faegrebd.com

The following has been served by U.S. Mail:

Gerald Trooien
10 River Park Plaza, Suite 800
St. Paul, MN 55107


Dated:  January 17, 2012                    /s/ George G. Eck
                                            GEORGE G. ECK